FILED

07/02/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0262

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0262

_____

DAVID M. KAHL, TRUSTEE FOR THE FRANK
J. KAHL REVOCABLE TRUST,

      Plaintiff and Appellee,

v.

                                      O R D E R

DAVID POLKOW and ALL OTHER
OCCUPANTS,

      Defendant and Appellant.

_____

This Court reviews briefs to ensure compliance with the Montana Rules of Appellate Procedure. After reviewing the Appellee's Brief, filed on July 1, 2024, this Court has determined that the brief does not comply with Rule 12.

M. R. App. P. 12(1)(a) requires a table of contents, with page references, and a table of cases (alphabetically arranged), statutes and other authorities cited, with references to the pages of the brief where they are cited. Appellee's Brief contains no table of contents.

M. R. App. P. 12(1)(d) requires a statement of the facts relevant to the issues presented for review, with references to the pages or parts of the record at which material facts appear. Appellee's Brief contains no statement of the facts relevant to the issues presented for review.

M. R. App. P. 12(1)(f) requires a summary of Appellee's argument that contains a succinct, clear, an accurate statement of the arguments made in the body of the brief and not a mere repetition of the argument headings. Appellee's Brief contains no summary of his argument.

M. R. App. P. 12(9) requires that whenever a reference is made in the briefs to the record, the reference must be to particular parts of the record, suitably designated, and to specific pages of each part, e.g., Answer, p. 7; Motion for Summary Judgment, p. 3;

Transcript, p. 231. Intelligible abbreviations may be used. If reference is made to an exhibit, reference shall be made to the pages of the transcript on which the exhibit was identified, offered, and received or rejected. Appellee's Brief makes reference to parts of the record but does not include citations to the record.

Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within twenty (20) days of the date of this Order the Appellee shall file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rule and that the Appellee shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Appellee and to all parties of record.

Electronically signed by:
James Jeremiah Shea
Justice, Montana Supreme Court
July 2 2024